**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01670-CMA-KLM

EDWARD J. BRICKLEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional and personal relationship with Defendant's counsel, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: September __24__, 2010

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge